## JEREMIAH E. CARY agt. JABEZ S. WILLSON.

Costs $10 of preparing papers for a motion for reference, will not be allowed, in the general bill where it is stipulated by the attorneys on each side previous to the motion, to refer the cause, and nothing is said about the costs: the papers having been actually prepared.

A counsel fee $3, for attending prepared to try, &c., under the act of 1844, will not be allowed, to the party who moves an adjournment of the hearing. The attorney fee *is* taxable under such circumstances.

*December Term*, 1845.

MOTION by defendant for retaxation of plaintiff's costs.

This was an action of assumpsit for professional services; the cause was tried before a sole referee. It appeared that the plaintiff made out and served papers on defendant's attorney, for a motion to refer. Subsequently, in consideration that defendant's attorney might plead the statute of limitations, he stipulated with plaintiff to refer to a sole referee, and the motion was *not made. The plaintiff was an at-     [*11] torney and counsellor of this court; the suit was prosecuted in the name of his partner (Mott) as attorney. The cause was once adjourned on motion of defendant. Defendant's attorney objected to the following items in the bill, which were allowed by the taxing officer. Copy narr to return with proof of service, $1.25; preparing papers to move for reference, costs of motion; $10; notice of hearing for referee, $25; attorney's fee attending reference on first hearing, $3; counsel fee attending prepared to try pursuant to notice, $3; one copy *sub. duces tecum*, 25; one copy *sub.* 25; two copies *sub. duces tecum*, 50; furnishing proof of service of copy order of particulars, 50; objected to, 37½; proof of service of bill of particulars, 50; objected to, 37½; serving sub. on six witnesses for second hearing, 75; objected to, 37½; entering return of execution, 12½; proof of referee's fees as per bill, 50; oath, 12½.

C. D. COLEMAN, *defendant's counsel and attorney.*

J. E. CARY, *plaintiff's counsel.*

R. MOTT, *plaintiff's attorney.*

JEWETT, Justice. There must be a retaxation of the costs in this suit. The following items taxed are not taxable, and should be stricken out, viz.: preparing papers for motion for reference, $10; notice of hearing, for referee, 25; serving bill of particulars, &c., 75; and all writs of subpœna charged beyond one, and one writ of *sub. duces tecum* for each hearing, if actually made out and served; and all copies or tickets, except such as were necessary and actually used. The attorney and counsel fee attending prepared for hearing were taxable, the hearing having been postponed by the defendant. The act of 1844, page 273, § 2, expressly allows a fee of $3 to counsel for attending prepared for such trial, &c. If the adjournment had been at the request of the plaintiff, he would not have been entitled to those items. (3 *Wend.* 305; 6 *Cow.* 42.) It is well settled that the attorney fee is taxable under such circumstances. (4 *Hill*, 54.)